# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 461 MAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
DUSTIN CURT JOHNSON, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.